STATE of Missouri, Respondent,

v.

Kenneth BIRCH, Appellant.

Kenneth BIRCH, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 49348, WD 50812.

Missouri Court of Appeals,
Western District.

April 16, 1996.

Jarrett Aiken Johnson, Assistant Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Jefferson City, Philip M. Koppe, Assistant Attorney General, Kansas City, for respondent.

Before ULRICH, P.J., and BRECKENRIDGE and SMITH, JJ.

### ORDER

PER CURIAM:

Kenneth Birch appeals his convictions for Robbery in the First Degree, section 569.020, RSMo Supp.1992, and Armed Criminal Action, section 571.015, RSMo Supp.1992; and the denial of his Rule 29.15 motion without an evidentiary hearing. The appeals are consolidated.

The judgment of conviction and the order denying the Rule 29.15 postconviction motion are affirmed. Rules 30.25(b) and 84.16(b).